

# ORDER

Daniel Garcia
Associate

Gibbons P.C.
One Gateway Center
Newark, NJ 07102
Direct: 973-596-4432 Fax: 973-639-6249
dgarcia@gibbonslaw.com

November 12, 2025

**VIA ECF**
Honorable Stacey D. Adams, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      *RE: Rockefeller Photos, LLC v. Impact Food Distributing, Inc.*
      *Case No. 2:25-cv-15386-MEF-SDA*
      *Agreed Letter Motion for Extension of Time for Defendant to Respond to Complaint*

Dear Magistrate Judge Adams:

    We write on behalf of the defendant Impact Food Distributing, Inc. ("Defendant") and pursuant to the text order entered on November 7, 2025 (ECF No. 9), which denied without prejudice Plaintiff's agreed motion seeking an extension of time to respond to the complaint and ordering that Defendant's counsel make said motion.

    Accordingly, this letter serves as Defendant's Motion seeking an extension of time to respond to the complaint. It is my understanding that one previous extension had been granted prior to lead counsel Jennifer Friedman's and my retention. The parties jointly ask that the deadline for Defendant to respond to Plaintiff's complaint be extended to December 10, 2025.

    The reasons for the request are (1) to give Ms. Friedman (whose motion for admission *pro hac vice* was filed today) and the undersigned time to review the facts and allegations in the complaint since we were both only recently retained, and (2) to give the parties an opportunity to continue settlement negotiations. There are no deadlines or other dates currently scheduled in the above-referenced matter. As stated above and evidenced by ECF No. 8, Plaintiff agrees to the relief requested by this motion for an extension.

    We thank the Court for its kind consideration of this request.

                                                  Respectfully submitted,

                                                  /s/ Daniel Garcia

                                                  Daniel Garcia
                                                  Associate

**SO ORDERED.**

_____
**Hon. Stacey D. Adams**
**United States Magistrate Judge**
**Date: November 19, 2025**